### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

Bo Kang Me
_____
　　　　　　Petitioner

　　　V.

Thomas Hodgson
_____
　　　　　　Respondent

CIVIL ACTION

NO. <u>18cv10608-WGY</u>

### <u>ORDER OF DISMISSAL</u>

<u>YOUNG DJ</u>,

　　In accordance with the Court's allowance of the Respondent's motion to dismiss as moot on July 6, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

July 6, 2018　　　　　　　　　　　　　　　　　　/s/Matthew A. Paine
_____　　　　　　　　　_____
　　Date　　　　　　　　　　　　　　　　　　　　Deputy Clerk